1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. MJ 08-538 |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| EDGAR D. BARRON-GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Offense charged:

Possession of Methamphetamine with Intent to Distribute.

Detention Hearing: November 24, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which the defendant can meet will reasonably

assure the appearance of the defendant as required and the safety of any other person and the

community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant did not present any information about his background, ties to the area,

health or employment history.

DETENTION ORDER -1

1      (2)     Defendant has no legal status in the United States.   In view of these circumstances,

2  defendant through his counsel stipulated to detention.

3      It is therefore ORDERED:

4      (1)     Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9      (3)     On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which defendant is confined shall

11  deliver the defendant to a United States Marshal for the purpose of an appearance in connection

12  with a court proceeding; and

13      (4)     The clerk shall direct copies of this order to counsel for the United States, to counsel

14  for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

15      DATED this 24th day of November, 2008.

16

17                                   _____
                                  BRIAN A. TSUCHIDA

18                                    United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER -2